**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Sutton 58 Owner LLC, a New York Limited Liability Company** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1095829** |

4. Debtor's address

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **428-432 East 58th Street**<br>**New York, NY 10022**<br>Number, Street, City, State & ZIP Code | **500 West Putnam Avenue Ste 400**<br>**Greenwich, CT 06830**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Sutton 58 Owner LLC, a New York Limited Liability**
        **Company**                                                    Case number (if known) _____
        _____
        Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|---|
| | District _____ | | When _____ | Case number, if known | _____ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Sutton 58 Owner LLC, a New York Limited Liability Company** | Case number (if known) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2016**
MM / DD / YYYY

X _____    **Joseph Beninati**
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

**18. Signature of attorney**

X _____    Date **July 12, 2016**
Signature of attorney for debtor    MM / DD / YYYY

**Joseph S. Maniscalco, Esq**
Printed name

**LaMonica Herbst & Maniscalco, LLP**
Firm name

**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
Number, Street, City, State & ZIP Code

Contact phone    **516-826-6500**    Email address _____

_____
Bar number and State

Debtor    **Sutton 58 Owner LLC, a New York Limited Liability Company**    Case number *(if known)*
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐  Check if this an amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **BH Sutton Mezz LLC, a Delaware Limited Liability Company** | | Relationship to you | |
| District | **Southern District of New York** | When **2/26/16** | Case number, if known | **16-10455** |
| Debtor | **Sutton 58 Owner LLC, a Delaware Limited Liability Company** | | Relationship to you | |
| District | **Southern District of New York** | When **4/06/16** | Case number, if known | **16-10834** |

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Sutton 58 Owner LLC, a New York Limited Liability Company** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2016**         X _____

                                        Signature of individual signing on behalf of debtor

                                        **Joseph Beninati**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sutton 58 Owner LLC, a New York Limited Liability Company |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAI Architects PC 401 Wellington St W. 3rd Fl M5V 1E7 Toronto, ON | | Trade Debt | | | | $183,573.10 |
| Adam Hakim 9 Dawson Court Purchase, NY 10604 | | Trade Debt | | | | $250,000.00 |
| Bauhouse Group I, Inc. 500 West Putnam Avenue Greenwich, CT 06830 | | Development Agreement dated December 22, 2014 | | | | $50,000.00 |
| Bryan Cave LLP 1290 Ave of the Americas New York, NY 10104 | | Legal Services | | | | $202,753.92 |
| Corcoran Sunshine 660 Madison Avenue 12th Fl. New York, NY 10065 | | Trade Debt | | | | $440,000.00 |
| Cosentini Consulting Engineers PO Box 911669 Denver, CO 80291 | | Trade Debt | | | | $150,049.65 |
| DeSimone Consulting Engineering Group LLC 18 West 18th St 10th Fl New York, NY 10011 | | Trade Debt | | | | $84,637.16 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Sutton 58 Owner LLC, a New York Limited Liability Company**                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Eastern Consolidated 355 Lexington Avenue New York, NY 10017 | | Trade Debt | | | | $335,321.00 |
| FP Architects New York Inc. 300 West 57th Street New York, NY 10019 | | Trade Debt | | | | $1,061,126.00 |
| James F. Capalino Assoc. Inc. dba Capalino +Company 233 Broadway Ste 710 New York, NY 10279 | | Trade Debt | | | | $80,000.00 |
| Jones Lang LaSalle Americas c/o Barry E. Lichtenberg 200 Liberty Street 30th Fl. New York, NY 10281 | | Trade Debt | Contingent Unliquidated Disputed | | | $1,892,250.00 |
| LJC Dismantling Corp 415-A Meacham Ave Elmont, NY 11003 | | Trade Debt | | | | $499,505.70 |
| Muchnick, Golieb & Golieb PC 200 Park Ave S Ste 1700 New York, NY 10003 | | Legal Services | | | | $47,800.00 |
| Pembrooke & Ives Luxurious Interiors LLC 330 West 38th St Ste 1001 New York, NY 10018 | | Trade Debt | | | | $558,966.23 |
| Rick Stafford Interstate 20 W36th St 10 Fl N New York, NY 10018 | | Trade Debt | | | | $74,500.00 |
| Rowan Williams Davies & Irwin 650 Woodlawn Road West N1K 1B8, Canada Guelph, ON | | Trade Debt | | | | $41,600.00 |

Debtor    **Sutton 58 Owner LLC, a New York Limited Liability Company**
     <u>Company</u>
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Steve Meister, Esq. Meister Seelig & Fein LLP 125 Park Ave 7th Fl. New York, NY 10017** | | **Trade Debt** | | | | $44,160.75 |
| **The Marino Organization Inc. 747 Third Ave 18th Fl New York, NY 10017** | | **Trade Debt** | | | | $80,000.00 |
| **Thornton Tomasetti Inc. PO Box 781187 Philadelphia, PA 19178-1187** | | **Trade Debt** | | | | $42,526.07 |
| **Tishman Construction Corp NY 100 Park Ave 5th Fl New York, NY 10017** | | **Trade Debt** | | | | $80,000.00 |

**Fill in this information to identify the case:**

Debtor name   **Sutton 58 Owner LLC, a New York Limited Liability Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................   $   **181,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................   $   **75,060,183.78**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................   $   **256,060,183.78**

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................   $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **6,568,524.06**

4.  **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b          $   **6,568,524.06**

**Fill in this information to identify the case:**

Debtor name   **Sutton 58 Owner LLC, a New York Limited Liability Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Wells Fargo** | **Business Account** | 0248 | $183.78 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**       $183.78

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** -Gamma Funding, LP | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 50,000.00 | -    0.00  = .... | $50,000.00 |
| | | face amount | doubtful or uncollectible accounts | |

| Debtor | **Sutton 58 Owner LLC, a New York Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$50,000.00

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Printers, fax machines, computers and computer monitors | $10,000.00 | | $10,000.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$10,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Sutton 58 Owner LLC, a New York Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **428 East 58th Street New York, New York 10022;<br>430 East 58th Street, New York, New York 10022; and<br>432 East 58th Street, New York, New York 10022** | Fee simple | $181,000,000.00 | Appraisal | $181,000,000.00 |

**56.      Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $181,000,000.00 |
|---|

**57.      Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.      Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.      Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.      Internet domain names and websites** | | | |
| **62.      Licenses, franchises, and royalties** | | | |

| Debtor | **Sutton 58 Owner LLC, a New York Limited Liability Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 63. | Customer lists, mailing lists, or other compilations | | | |
|---|---|---|---|---|
| 64. | Other intangibles, or intellectual property<br>- Unused development rights purchased when the Debtor acquired its fee simple interest in Real Property;<br>- Deposits of additional developmental rights purchased when the Debtor acquired its fee simple interest in Real Property; and<br>- Deposits of inclusionary developmental rights purchased when the Debtor acquired its fee simple interest in Real Property. | $75,000,000.00 | | $75,000,000.00 |
| | Surrender Agreement for 22 Tenants who occupied the Real Property | Unknown | | Unknown |
| | Certain Unused Development Air Rights for the Real Property | Unknown | | Unknown |
| | Unused Development Air Rights from 422 East 58th Street, New York, New York (Lot 37 totaling 21,750 square feet) | Unknown | | Unknown |
| | Unused development air rights from 426 East 58th Street, New York, New York (Lot 36) Totaling 13,185 square feet | Unknown | | Unknown |
| | Unused development air rights from 434 and 436 East 58th Street, New York New York (Lots 31 and 33) Totaling 33,442 square feet | Unknown | | Unknown |
| | Unused development air rights from 440 East 58th Street, New York, New York (Lot 30) Totaling 13,556. | Unknown | | Unknown |
| | Unused development air rights from 442 East 58th Street, New York, New York (Lot 129) Totaling 16,267 square feet | Unknown | | Unknown |
| | Unused development air rights from 444-446 East 58th Street, New York, New York (Lot 29) Totaling 20,583 square feet | Unknown | | Unknown |
| | Unused development air rights from 461 East 58th Street, New York, New York (Lot 22) Totaling 23,428 square feet | Unknown | | Unknown |
| | Unused development air rights from 455 East 57th Street, New York, New York (Lot 19) for a bridging agreement to allow for the acquisition of unused development air rights from 461 East 58th Street, New York, New York. | Unknown | | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Sutton 58 Owner LLC, a New York Limited Liability Company**    Case number *(if known)* _____
_____
Name

65.    **Goodwill**

66.    **Total of Part 10.**    |  $75,000,000.00  |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Sutton 58 Owner LLC, a New York Limited Liability Company**                    Case number *(if known)*
_____
Name

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $183.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $181,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $75,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $75,060,183.78 | +91b. $181,000,000.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $256,060,183.78 |

**Fill in this information to identify the case:**

Debtor name **Sutton 58 Owner LLC, a New York Limited Liability Company**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sutton 58 Owner LLC, a New York Limited Liability Company**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address <br> **AAI Architects PC** <br> **401 Wellington St W. 3rd Fl** <br> **M5V 1E7** <br> **Toronto, ON** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Trade Debt** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | $183,573.10 |
| **3.2** Nonpriority creditor's name and mailing address <br> **Adam Hakim** <br> **9 Dawson Court** <br> **Purchase, NY 10604** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Trade Debt** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | $250,000.00 |
| **3.3** Nonpriority creditor's name and mailing address <br> **Bauhouse Group I, Inc.** <br> **500 West Putnam Avenue** <br> **Greenwich, CT 06830** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Development Agreement dated December 22, 2014** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | $50,000.00 |
| **3.4** Nonpriority creditor's name and mailing address <br> **Belkin Burden Wenig & Goldman** <br> **270 Madison Ave** <br> **New York, NY 10016** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Trade Debt** <br><br> Is the claim subject to offset? ☑ No ☐ Yes | $295.00 |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202,753.92** |
|---|---|---|---|
| | **Bryan Cave LLP**<br>**1290 Ave of the Americas**<br>**New York, NY 10104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Legal Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|
| | **Code Consultants Inc.**<br>**2043 Woodland Pkwy Ste 300**<br>**Saint Louis, MO 63146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **ConEdison**<br>**JAF Station PO Box 1702**<br>**New York, NY 10116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utility Invoice** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,250.00** |
|---|---|---|---|
| | **Control Point Associates Inc.**<br>**35 Technology Drive**<br>**Warren, NJ 07059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440,000.00** |
|---|---|---|---|
| | **Corcoran Sunshine**<br>**660 Madison Avenue 12th Fl.**<br>**New York, NY 10065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,049.65** |
|---|---|---|---|
| | **Cosentini Consulting Engineers**<br>**PO Box 911669**<br>**Denver, CO 80291** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,637.16** |
|---|---|---|---|
| | **DeSimone Consulting**<br>**Engineering Group LLC**<br>**18 West 18th St 10th Fl**<br>**New York, NY 10011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|
| | Douglas Elliman LLC<br>712 Fifth Ave 10th Fl<br>New York, NY 10019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335,321.00 |
|---|---|---|---|
| | Eastern Consolidated<br>355 Lexington Avenue<br>New York, NY 10017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,600.00 |
|---|---|---|---|
| | Eiseman Levine<br>805 Third Avenue<br>New York, NY 10022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Legal Services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | Entek Engineering LLC<br>166 Ames St.<br>Hackensack, NJ 07601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,061,126.00 |
|---|---|---|---|
| | FP Architects New York Inc.<br>300 West 57th Street<br>New York, NY 10019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,412.66 |
|---|---|---|---|
| | Intralinks Inc.<br>PO Box 392134<br>Pittsburgh, PA 15251-9134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,500.00 |
|---|---|---|---|
| | J.J. Bonamsusa & Associates<br>200 West 58th Street<br>New York, NY 10119 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|
| | JAL 58 LLC<br>c/o Levy Properties<br>60 E 42nd St Ste 1651<br>New York, NY 10165 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|
| | JAM Consultants Inc.<br>104 West 29th St 19th Fl.<br>New York, NY 10001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|
| | James F. Capalino Assoc. Inc.<br>dba Capalino +Company<br>233 Broadway Ste 710<br>New York, NY 10279 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,903.87 |
|---|---|---|---|
| | JM2 Architecture P.C.<br>2410 North Ocean Ave Ste 300<br>Farmingville, NY 11738 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,892,250.00 |
|---|---|---|---|
| | Jones Lang LaSalle Americas<br>c/o Barry E. Lichtenberg<br>200 Liberty Street 30th Fl.<br>New York, NY 10281 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,154.50 |
|---|---|---|---|
| | Langan Engineering<br>Environmental<br>PO Box 536403<br>Pittsburgh, PA 15253 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499,505.70 |
|---|---|---|---|
| | LJC Dismantling Corp<br>415-A Meacham Ave<br>Elmont, NY 11003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,521.54 |
|---|---|---|---|
| | **Morrison & Foerster LLP**<br>**120 Eagle Rock Rd Ste 310**<br>**East Hanover, NJ 07936** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,800.00 |
|---|---|---|---|
| | **Muchnick, Golieb & Golieb PC**<br>**200 Park Ave S Ste 1700**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Legal Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,342.50 |
|---|---|---|---|
| | **New York Immigration Fund LLC**<br>**267 Broadway 2nd Fl**<br>**New York, NY 10007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|
| | **NRAI Inc.**<br>**PO Box 4349**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.48 |
|---|---|---|---|
| | **NYC Water Board**<br>**PO Box 11863**<br>**Newark, NJ 07101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,160.00 |
|---|---|---|---|
| | **OVE Arup & Partners PC**<br>**77 Water St 5th Fl.**<br>**New York, NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $558,966.23 |
|---|---|---|---|
| | **Pembrooke & Ives**<br>**Luxurious Interiors LLC**<br>**330 West 38th St Ste 1001**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Sutton 58 Owner LLC, a New York Limited Liability Company**                    Case number (if known)
_____
Name

| | | |
|---|---|---|

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Pillori Associates P.A.**
333 Meadowlands Pkwy Ste 102
Secaucus, NJ 07094

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | | **$74,500.00**

**Rick Stafford**
Interstate 20 W36th St 10 Fl N
New York, NY 10018

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | | **$41,600.00**

**Rowan Williams Davies & Irwin**
650 Woodlawn Road West
N1K 1B8, Canada
Guelph, ON

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | | **$29,812.50**

**S.M. Berger Architecture P.C.**
PO Box 222113
Great Neck, NY 11022

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | | **$44,160.75**

**Steve Meister, Esq.**
Meister Seelig & Fein LLP
125 Park Ave 7th Fl.
New York, NY 10017

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | | **$28,489.58**

**Systems Implementation Group**
622 Third Avenue 33 Fl
New York, NY 10017

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | | **$31,725.00**

**The Law Firm of Elias Schwartz**
343 Great Neck Road
Great Neck, NY 11021

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

**3.40** Nonpriority creditor's name and mailing address
The Marino Organization Inc.
747 Third Ave 18th Fl
New York, NY 10017
$80,000.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
Thornton Tomasetti Inc.
PO Box 781187
Philadelphia, PA 19178-1187
$42,526.07

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
Tishman Construction Corp NY
100 Park Ave 5th Fl
New York, NY 10017
$80,000.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
Turner Construction Company
375 Hudson St
New York, NY 10014
$3,536.85

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
Van Deusen & Associates
120 Eagle Rock Ave ste 310
East Hanover, NJ 07936
$5,000.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address
Vanguard Construction
Solutions LLC
1A Winston Way
New Milford, CT 06776
$16,625.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number (If known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**    **AAI Architects P.C.**<br>**Nick Zigomanis, Vice President**<br>**14 Wall St 2Fl.**<br>**New York, NY 10005** | Line **3.1**<br><br>☐   Not listed. Explain ____ | — |
| **4.2**    **Intralinks Inc.**<br>**Gary Urivetzky**<br>**150 East 42nd Street**<br>**New York, NY 10017** | Line **3.17**<br><br>☐   Not listed. Explain ____ | — |
| **4.3**    **Valer Enterprises, Inc.**<br>**Michael Ashkenas**<br>**1170 Lincoln Ave Ste 1**<br>**Holbrook, NY 11741** | Line **3.5**<br><br>☐   Not listed. Explain ____ | — |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $        0.00 |
| 5b. Total claims from Part 2 | 5b.   + | $        6,568,524.06 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $        6,568,524.06 |

**Fill in this information to identify the case:**

Debtor name **Sutton 58 Owner LLC, a New York Limited Liability Company**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Additional 10 Feet- Cantilever** |
| | State the term remaining | **426 East 58th St** |
| | List the contract number of any government contract | **Lot 36** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **13,121 Square Feet- Air Rights** |
| | State the term remaining | **447 East 57th Street** |
| | List the contract number of any government contract | **Lot 16** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Development Agreement dated December 22, 2014** |
| | State the term remaining | **Bauhouse Group I, Inc.** |
| | List the contract number of any government contract | **500 West Putnam Avenue Greenwich, CT 06830** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **7,000 Square Feet- Inclusionary Air Rights** |
| | State the term remaining | **Fisher Brothers 2 or Other Source** |
| | List the contract number of any government contract | |

| Debtor 1 | Sutton 58 Owner LLC, a New York Limited Liability Company | | Case number (if known) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **57,000 square feet-Inclusionary Air Rights** | |
|---|---|---|---|
| | State the term remaining | | **Gemini Residential LLC** **Fisher Brothers** **299 Park Avenue** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Sutton 58 Owner LLC, a New York Limited Liability Company**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **BH Sutton Mezz LLC** | **500 West Putnam Ave Ste 400 Greenwich, CT 06830** | **AAI Architects PC** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | **BH Sutton Mezz LLC** | **500 West Putnam Ave Ste 400 Greenwich, CT 06830** | **Adam Hakim** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 | **BH Sutton Mezz LLC** | **500 West Putnam Ave Ste 400 Greenwich, CT 06830** | **Belkin Burden Wenig & Goldman** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.4 | **BH Sutton Mezz LLC** | **500 West Putnam Ave Ste 400 Greenwich, CT 06830** | **Bryan Cave LLP** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.5 | **BH Sutton Mezz LLC** | **500 West Putnam Ave Ste 400 Greenwich, CT 06830** | **Code Consultants Inc.** | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor | Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.6 | **BH Sutton Mezz LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **ConEdison** | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.7 | **BH Sutton Mezz LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Control Point Associates Inc.** | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.8 | **BH Sutton Mezz LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Corcoran Sunshine** | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |
| 2.9 | **BH Sutton Mezz LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Cosentini Consulting Engineers** | ☐ D ____<br>■ E/F __3.10__<br>☐ G ____ |
| 2.10 | **BH Sutton Mezz LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **DeSimone Consulting** | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |
| 2.11 | **BH Sutton Mezz LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Douglas Elliman LLC** | ☐ D ____<br>■ E/F __3.12__<br>☐ G ____ |
| 2.12 | **BH Sutton Mezz LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Eastern Consolidated** | ☐ D ____<br>■ E/F __3.13__<br>☐ G ____ |
| 2.13 | **BH Sutton Mezz LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Eiseman Levine** | ☐ D ____<br>■ E/F __3.14__<br>☐ G ____ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor | Column 2: Creditor

| 2.14 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Entek Engineering LLC | ☐ D ____ ■ E/F  3.15 ☐ G ____ |
|---|---|---|---|---|
| 2.15 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | FP Architects New York Inc. | ☐ D ____ ■ E/F  3.16 ☐ G ____ |
| 2.16 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Intralinks Inc. | ☐ D ____ ■ E/F  3.17 ☐ G ____ |
| 2.17 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | J.J. Bonamsusa & Associates | ☐ D ____ ■ E/F  3.18 ☐ G ____ |
| 2.18 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | JAL 58 LLC | ☐ D ____ ■ E/F  3.19 ☐ G ____ |
| 2.19 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | JAM Consultants Inc. | ☐ D ____ ■ E/F  3.20 ☐ G ____ |
| 2.20 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | James F. Capalino Assoc. Inc. | ☐ D ____ ■ E/F  3.21 ☐ G ____ |
| 2.21 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | JM2 Architecture P.C. | ☐ D ____ ■ E/F  3.22 ☐ G ____ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                        Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.22 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Jones Lang LaSalle Americas | ☐ D _____  ■ E/F  3.23  ☐ G _____ |
| 2.23 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Langan Engineering | ☐ D _____  ■ E/F  3.24  ☐ G _____ |
| 2.24 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | LJC Dismantling Corp | ☐ D _____  ■ E/F  3.25  ☐ G _____ |
| 2.25 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Morrison & Foerster LLP | ☐ D _____  ■ E/F  3.26  ☐ G _____ |
| 2.26 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Muchnick, Golieb & Golieb PC | ☐ D _____  ■ E/F  3.27  ☐ G _____ |
| 2.27 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | New York Immigration Fund LLC | ☐ D _____  ■ E/F  3.28  ☐ G _____ |
| 2.28 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | NRAI Inc. | ☐ D _____  ■ E/F  3.29  ☐ G _____ |
| 2.29 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | NYC Water Board | ☐ D _____  ■ E/F  3.30  ☐ G _____ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number (if known) | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                    Column 2: Creditor

| 2.30 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | OVE Arup & Partners PC | ☐ D _____ ■ E/F ___3.31___ ☐ G _____ |
| 2.31 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Pembrooke & Ives | ☐ D _____ ■ E/F ___3.32___ ☐ G _____ |
| 2.32 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Pillori Associates P.A. | ☐ D _____ ■ E/F ___3.33___ ☐ G _____ |
| 2.33 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Rick Stafford | ☐ D _____ ■ E/F ___3.34___ ☐ G _____ |
| 2.34 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Rowan Williams Davies & Irwin | ☐ D _____ ■ E/F ___3.35___ ☐ G _____ |
| 2.35 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | S.M. Berger Architecture P.C. | ☐ D _____ ■ E/F ___3.36___ ☐ G _____ |
| 2.36 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Steve Meister, Esq. | ☐ D _____ ■ E/F ___3.37___ ☐ G _____ |
| 2.37 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Systems Implementation Group | ☐ D _____ ■ E/F ___3.38___ ☐ G _____ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                                          *Column 2:* Creditor

| | | | | | |
|---|---|---|---|---|---|
| 2.38 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | The Law Firm of Elias Schwartz | ☐ D ___ ■ E/F 3.39 ☐ G ___ |
| 2.39 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | The Marino Organization Inc. | ☐ D ___ ■ E/F 3.40 ☐ G ___ |
| 2.40 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Thornton Tomasetti Inc. | ☐ D ___ ■ E/F 3.41 ☐ G ___ |
| 2.41 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Tishman Construction Corp NY | ☐ D ___ ■ E/F 3.42 ☐ G ___ |
| 2.42 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Turner Construction Company | ☐ D ___ ■ E/F 3.43 ☐ G ___ |
| 2.43 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Van Deusen & Associates | ☐ D ___ ■ E/F 3.44 ☐ G ___ |
| 2.44 | BH Sutton Mezz LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Vanguard Construction | ☐ D ___ ■ E/F 3.45 ☐ G ___ |
| 2.45 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | AAI Architects PC | ☐ D ___ ■ E/F 3.1 ☐ G ___ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                                  Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.46 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Adam Hakim | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.47 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Bauhouse Group I, Inc. | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.48 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Belkin Burden Wenig & Goldman | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.49 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Bryan Cave LLP | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.50 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Code Consultants Inc. | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.51 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | ConEdison | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.52 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Control Point Associates Inc. | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.53 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Corcoran Sunshine | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |

---

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**  Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.54 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Cosentini Consulting Engineers** | ☐ D ___ ■ E/F __3.10__ ☐ G ___ |
| 2.55 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **DeSimone Consulting** | ☐ D ___ ■ E/F __3.11__ ☐ G ___ |
| 2.56 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Douglas Elliman LLC** | ☐ D ___ ■ E/F __3.12__ ☐ G ___ |
| 2.57 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Eastern Consolidated** | ☐ D ___ ■ E/F __3.13__ ☐ G ___ |
| 2.58 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Eiseman Levine** | ☐ D ___ ■ E/F __3.14__ ☐ G ___ |
| 2.59 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Entek Engineering LLC** | ☐ D ___ ■ E/F __3.15__ ☐ G ___ |
| 2.60 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **FP Architects New York Inc.** | ☐ D ___ ■ E/F __3.16__ ☐ G ___ |
| 2.61 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Intralinks Inc.** | ☐ D ___ ■ E/F __3.17__ ☐ G ___ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number *(if known)* | _____ |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| 2.62 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | J.J. Bonamsusa & Associates | ☐ D _____ ■ E/F  3.18 ☐ G _____ |
| 2.63 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | JAL 58 LLC | ☐ D _____ ■ E/F  3.19 ☐ G _____ |
| 2.64 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | JAM Consultants Inc. | ☐ D _____ ■ E/F  3.20 ☐ G _____ |
| 2.65 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | James F. Capalino Assoc. Inc. | ☐ D _____ ■ E/F  3.21 ☐ G _____ |
| 2.66 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | JM2 Architecture P.C. | ☐ D _____ ■ E/F  3.22 ☐ G _____ |
| 2.67 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Jones Lang LaSalle Americas | ☐ D _____ ■ E/F  3.23 ☐ G _____ |
| 2.68 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Langan Engineering | ☐ D _____ ■ E/F  3.24 ☐ G _____ |
| 2.69 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | LJC Dismantling Corp | ☐ D _____ ■ E/F  3.25 ☐ G _____ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                        Column 2: **Creditor**

| 2.70 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Morrison & Foerster LLP | □ D _____ ■ E/F __3.26__ □ G _____ |
|---|---|---|---|---|
| 2.71 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Muchnick, Golieb & Golieb PC | □ D _____ ■ E/F __3.27__ □ G _____ |
| 2.72 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | New York Immigration Fund LLC | □ D _____ ■ E/F __3.28__ □ G _____ |
| 2.73 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | NRAI Inc. | □ D _____ ■ E/F __3.29__ □ G _____ |
| 2.74 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | NYC Water Board | □ D _____ ■ E/F __3.30__ □ G _____ |
| 2.75 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | OVE Arup & Partners PC | □ D _____ ■ E/F __3.31__ □ G _____ |
| 2.76 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Pembrooke & Ives | □ D _____ ■ E/F __3.32__ □ G _____ |
| 2.77 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | Pillori Associates P.A. | □ D _____ ■ E/F __3.33__ □ G _____ |

| | |
|---|---|
| Debtor | **Sutton 58 Owner LLC, a New York Limited Liability Company** |

Case number (if known) _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                           *Column 2:* **Creditor**

| 2.78 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Rick Stafford** | ☐ D ____ ■ E/F ___3.34 ☐ G ____ |
|---|---|---|---|---|
| 2.79 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Rowan Williams Davies & Irwin** | ☐ D ____ ■ E/F ___3.35 ☐ G ____ |
| 2.80 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **S.M. Berger Architecture P.C.** | ☐ D ____ ■ E/F ___3.36 ☐ G ____ |
| 2.81 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Steve Meister, Esq.** | ☐ D ____ ■ E/F ___3.37 ☐ G ____ |
| 2.82 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Systems Implementation Group** | ☐ D ____ ■ E/F ___3.38 ☐ G ____ |
| 2.83 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **The Law Firm of Elias Schwartz** | ☐ D ____ ■ E/F ___3.39 ☐ G ____ |
| 2.84 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **The Marino Organization Inc.** | ☐ D ____ ■ E/F ___3.40 ☐ G ____ |
| 2.85 | **Sutton 58 Owner LLC** | 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | **Thornton Tomasetti Inc.** | ☐ D ____ ■ E/F ___3.41 ☐ G ____ |

| Debtor | Sutton 58 Owner LLC, a New York Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                                   Column 2: **Creditor**

| 2.86 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400<br>Greenwich, CT 06830 | Tishman Construction Corp NY | ☐ D _____<br>■ E/F _3.42_<br>☐ G _____ |
|---|---|---|---|---|
| 2.87 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400<br>Greenwich, CT 06830 | Turner Construction Company | ☐ D _____<br>■ E/F _3.43_<br>☐ G _____ |
| 2.88 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400<br>Greenwich, CT 06830 | Van Deusen & Associates | ☐ D _____<br>■ E/F _3.44_<br>☐ G _____ |
| 2.89 | Sutton 58 Owner LLC | 500 West Putnam Ave Ste 400<br>Greenwich, CT 06830 | Vanguard Construction | ☐ D _____<br>■ E/F _3.45_<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Sutton 58 Owner LLC, a New York Limited Liability Company**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and<br>exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
   |---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Sutton 58 Owner LLC, a New York Limited Liability Company**    Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
|  | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Sutton 58 Owner LLC, a New York Limited Liability Company**    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. LaMonica Herbst & Maniscalco, LLP 3305 Jerusalem Avenue Ste 201 Wantagh, NY 11793 _____ | _____ | **July 8, 2016** | **$85,000.00** |
| Email or website address _____ | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor   Sutton 58 Owner LLC, a New York Limited Liability
Company                                                                Case number *(if known)*

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor  **Sutton 58 Owner LLC, a New York Limited Liability Company**   Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | | Date of service<br>From-To |
|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Sutton 58 Owner LLC, a New York Limited Liability**
          **Company**                                                          Case number *(if known)*

Name and address

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BH Sutton Mezz LLC, a Delaware LLC | c/o Joseph P. Beninati, Managing Member 500 Putnam Avenue Ste 400 Greenwich, CT 06830 | | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| BH Sutton Owner LLC, a Delaware LLC | c/o Joseph P. Beninati, Managing Member 500 West Putnam Ave Ste 400 Greenwich, CT 06830 | | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

Debtor   **Sutton 58 Owner LLC, a New York Limited Liability**
         **Company**                                      Case number *(if known)*

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 12, 2016**

_____           **Joseph Beninati**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes